# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Zagel, James B. | U.S. District Court No. Ill. | 11/01/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge, Active | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 1/1/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

219 S. Dearborn
Room 2588
Chicago, IL 60604

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 1/1/15 | Foundation Press-Book royalties | $296.88 |
| 2. 12/31/15 | EP Talent Services - Actor's Royalties | $163.16 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | Grant Thornton - Partnership and Consulting Income |
| 2. 2015 | KPMG - Consulting Fees |
| 3. 2015 | Fairfax Ltd. - Director's fees |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zagel, James B. | 11/01/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zagel, James B. | 11/01/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | M.O.N.Y. Policy Value | D | Dividend | L | T | | | | | |
| 2. | Northern Trust Acct. 1 | A | Interest | M | T | | | | | |
| 3. | Northern Trust Acct 2 | A | Interest | M | T | | | | | |
| 4. | Northern Trust Acct 3 | A | Interest | J | T | | | | | |
| 5. | Northern Trust Acct 3 | A | Dividend | J | T | | | | | |
| 6. | Farm Land Washington/Clinton Counties Ill. | C | Rent | K | W | | | | | |
| 7. | Northwestern Mut. Life Ins. Policy | A | Dividend | J | T | | | | | |
| 8. | New York Life Ins. Pol. | A | Dividend | J | T | | | | | |
| 9. | Country Cos. Life Pol. | A | Int./Div. | J | T | | | | | |
| 10. | Transamer. Life Pol. Val. | A | Interest | L | T | | | | | |
| 11. | Prudential Life Ins. | A | Dividend | J | T | | | | | |
| 12. | Prudential Life Ins. | A | Distribution | J | T | | | | | |
| 13. | Metropolitan Life Ins. | A | Dividend | J | T | | | | | |
| 14. | Equitable Life (Now AXA Equitable) | A | Dividend | K | T | | | | | |
| 15. | Royal Bank of Canada (RBC) | A | Interest | P1 | T | | | | | |
| 16. | SAG Pension Plan | B | Interest | J | T | | | | | |
| 17. | RBC (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Zagel, James B. | 11/01/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Alphabet INC GOOG Formerly Google Inc Class A Class C | | None | L | T | | | | | |
| 19. KO | A | Dividend | K | T | | | | | |
| 20. KO | A | Dividend | K | T | | | | | |
| 21. CP | A | Dividend | L | T | | | | | |
| 22. CP | A | Dividend | L | T | | | | | |
| 23. Encana - ECA (formerly PCX) | A | Dividend | J | T | | | | | |
| 24. Encana - ECA (formerly PCX) | A | Dividend | J | T | | | | | |
| 25. Cenovus | A | Dividend | J | T | | | | | |
| 26. Cenovus | A | Dividend | K | T | | | | | |
| 27. HD | B | Dividend | L | T | | | | | |
| 28. HD | B | Dividend | L | T | | | | | |
| 29. Phillips 66 PSX | A | Dividend | J | T | | | | | |
| 30. PG | B | Dividend | L | T | | | | | |
| 31. PG | B | Dividend | L | T | | | | | |
| 32. Pfizer PFE | A | Dividend | J | T | | | | | |
| 33. Pfizer PFE | A | Dividend | J | T | | | | | |
| 34. Time Warner | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zagel, James B. | 11/01/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  Time Warner | A | Dividend | J | T | | | | | |
| 36.  Janus Contrarian Fund | A | Dividend | L | T | | | | | |
| 37.  Janus Contrarian Fund | A | Dividend | L | T | | | | | |
| 38. | A | Distribution | L | T | | | | | |
| 39.  Pepco Holdings POM | B | Dividend | K | T | | | | | |
| 40.  Lease of excess Berrien, Ctr, MI acreage to Leitz Corp. | C | Rent | L | W | | | | | |
| 41.  Nextera NEE (formerly FPL) | B | Dividend | L | T | | | | | |
| 42.  Bank of America BAC | A | Dividend | K | T | | | | | |
| 43.  FIP Properties | | None | M | R | | | | | |
| 44.  Alpine Ultra Short Tax ... Income Fund ATOIX | B | Interest | N | T | | | | | |
| 45.  Alpine Ultra Short Tax ... Income Fund ATOIX | B | Interest | M | T | | | | | |
| 46.  Zoetis/ZTS | A | Dividend | J | T | | | | | |
| 47.  Zoetis/ZTS | A | Dividend | J | T | | | | | |
| 48.  Atrion Corp (X) | B | Dividend | L | T | Sold (part) | 06/16/15 | L | E | |
| 49.  Bank of Montreal | B | Dividend | L | T | Buy | 10/31/15 | L | | |
| 50.  Schlumberger LTD | B | Dividend | | | Buy | 11/02/15 | K | | |
| 51.  Schlumberger LTD | | None | J | T | Sold (part) | 12/21/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zagel, James B. | 11/01/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Toronto-Dominion Bank | C | Dividend | M | T | Buy | 10/30/15 | M | | |
| 53. SEP/ IRA RBC (H) | | | | | | | | | |
| 54. AT&T | A | Dividend | J | T | | | | | |
| 55. Chevron | A | Dividend | J | T | | | | | |
| 56. CP | A | Dividend | K | T | | | | | |
| 57. Dow Chemical | A | Dividend | K | T | | | | | |
| 58. General Electric | A | Dividend | K | T | | | | | |
| 59. Qualcomm | A | Dividend | K | T | | | | | |
| 60. Encana - ECA | A | Dividend | J | T | | | | | |
| 61. Cenovus | A | Dividend | J | T | | | | | |
| 62. Bristol Myers Squibb | A | Dividend | K | T | Buy | 10/30/15 | K | | |
| 63. Medtronic PLC | A | Dividend | K | T | Buy | 10/30/15 | K | | |
| 64. Henderson Global FDS European Focus | A | Dividend | K | T | Buy | 10/30/15 | K | | |
| 65. Henderson International Opportunities Fund | A | Dividend | K | T | Buy | 10/30/15 | K | | |
| 66. Henderson Global FDS Divid Income | A | Dividend | K | T | Buy | 10/30/15 | K | | |
| 67. | | | | | | | | | |
| 68. Morgan Stanley/Smith Barney - 401k NO. 1 (H) | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zagel, James B. | 11/01/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Artisan Midcap/ARTOX | | None | J | T | | | | | |
| 70. Black Rock Equity Div/MDO US | E | Dividend | M | T | | | | | |
| 71. Delaware INV DEVIX | B | Dividend | K | T | Buy | 03/23/15 | K | | |
| 72. Goldman Sachs/ GS DAX | A | Dividend | J | T | | | | | |
| 73. Invesco Premier/IPPXX | A | Dividend | K | T | | | | | |
| 74. Invesco Premier/IPPXX | | None | | | Buy (add'l) | 11/12/15 | J | | |
| 75. Ivy Mid Cap/WMGAX | B | Dividend | K | T | | | | | |
| 76. Ivy Mid Cap/WMGAX | | None | | | Buy (add'l) | 05/01/15 | J | | |
| 77. Janus Venture | A | Dividend | K | T | Buy | 03/26/15 | J | | |
| 78. | | | | | Buy (add'l) | 05/06/15 | J | | |
| 79. MFS International (X) | B | Dividend | K | T | | | | | |
| 80. Pimco Short Term PSHAX | A | Dividend | K | T | Buy | 03/23/15 | J | | |
| 81. Pimco total A/PTTAX (Y) | | | | | | | | | |
| 82. Wells Fargo Emerg Mkts EMGYX | | None | J | T | Buy | 03/23/15 | J | | |
| 83. Wells Fargo Prem LG WFPDX | D | Dividend | M | T | Buy (add'l) | 03/23/15 | J | | |
| 84. | | | | | | | | | |
| 85. Morgan Stanley No. 2 ASSET (H) | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. 3M Company | A | Dividend | J | T | | | | | |
| 87. Abbott Lab ABT | A | Dividend | J | T | Sold (part) | 12/15/15 | J | | |
| 88. | | None | | | Sold (part) | 02/18/15 | J | | |
| 89. | | None | | | Buy (add'l) | 03/24/15 | J | | |
| 90. | | None | | | Buy (add'l) | 07/28/15 | J | | |
| 91. | | None | | | Buy (add'l) | 07/29/15 | J | | |
| 92. ABBVIE Inc. ABBV | A | Dividend | J | T | | | | | |
| 93. Accenture PLC Ireland ACN | A | Dividend | J | T | Buy (add'l) | 07/28/15 | J | | |
| 94. Ace Ltd. ACE | A | Dividend | J | T | | | | | |
| 95. Adobe Systems ADBE | A | Dividend | J | T | Buy | 03/06/15 | J | | |
| 96. | | None | | | Buy | 07/14/15 | J | | |
| 97. | | None | | | Buy | 07/28/15 | J | | |
| 98. Allergan Inc. AGN | | None | | | Sold | 02/11/15 | J | B | |
| 99. American Exp. AXP | A | Dividend | J | T | | | | | |
| 100. Amer INTL GP AIG | A | Dividend | J | T | Buy | 07/28/15 | J | | |
| 101. Amer Tower REIT AMT | | None | | | Sold | 03/18/15 | J | A | |
| 102. Anthem INC ANTM | A | Dividend | J | T | Buy | 07/29/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zagel, James B. | 11/01/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Apple Inc. APPL | A | Dividend | J | T | Sold (part) | 12/15/15 | J | | |
| 104. | | None | | | Buy (add'l) | 07/28/15 | J | | |
| 105. AT&T | A | Dividend | J | T | | | | | |
| 106. Auto Data Process ADP | A | Dividend | J | T | Buy (add'l) | 07/28/15 | J | | |
| 107. | | None | | | Buy (add'l) | 08/13/15 | J | | |
| 108. BHP Billion LTD | A | Dividend | J | T | Buy | 08/26/15 | J | | |
| 109. Celegene Corp CELG | A | Dividend | J | T | Buy | 07/28/15 | J | | |
| 110. | | None | | | Sold (part) | 12/15/15 | J | | |
| 111. Chevron CVX | A | Dividend | J | T | Sold (part) | 12/15/15 | J | | |
| 112. Chubb CB | | None | | | Sold | 06/10/15 | J | | |
| 113. Citigroup C | A | Dividend | J | T | Buy (add'l) | 07/28/15 | J | | |
| 114. CME Group | A | Dividend | J | T | Buy | 07/28/15 | J | | |
| 115. CMS Energy CP | A | Dividend | J | T | Buy | 08/19/15 | J | | |
| 116. Coca Cola KO | A | Dividend | J | T | | | | | |
| 117. Comcast New CMCSK | A | Dividend | J | T | Sold (part) | 06/17/15 | J | A | |
| 118. Conoco Phillips COP | A | Dividend | J | T | | | | | |
| 119. Deere Co. DE (Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zagel, James B. | 11/01/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Diageo PLC ADR DEO | A | Dividend | J | T | | | | | |
| 121. Dollar Gen Corp New COM | A | Dividend | J | T | Buy | 09/14/15 | J | | |
| 122. Dollar Gen Corp New COM | | None | | | Sold (part) | 12/15/15 | J | | |
| 123. Dominium Res D | A | Dividend | J | T | | | | | |
| 124. Don DON (Y) | | | | | | | | | |
| 125. DuPont | A | Dividend | J | T | | | | | |
| 126. Dow Chemical DOW | A | Dividend | J | T | Buy | 12/08/15 | J | | |
| 127. Duke Energy DUK (Y) | | | | | | | | | |
| 128. Enbridge ENB (Y) | | | | | | | | | |
| 129. Exelon Corp EXC (X) | | None | | | Sold | 12/15/15 | J | | |
| 130. | | None | | | Buy | 10/19/15 | J | | |
| 131. Exxon Mobil XOM | A | Dividend | J | T | Buy (add'l) | 07/28/15 | J | | |
| 132. | | None | | | Sold (part) | 12/15/15 | J | | |
| 133. Eversource Energy | A | Dividend | J | T | Buy | 08/26/15 | J | | |
| 134. Facebook INC | | None | | | Buy | 05/14/15 | J | | |
| 135. | | None | | | Sold | 07/08/15 | J | A | |
| 136. Factset Research FDS | | None | | | Sold | 06/22/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zagel, James B. | 11/01/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  Fastenal FAST | A | Dividend | J | T | Sold (part) | 12/15/15 | J | | |
| 138. | | None | | | Buy (add'l) | 03/25/15 | J | | |
| 139. | | None | | | Buy (add'l) | 07/28/15 | J | | |
| 140.  Fifth Third Bank FITB | | None | | | Sold | 06/08/15 | J | A | |
| 141.  Gap Inc | A | Dividend | J | T | Buy | 08/19/15 | J | | |
| 142.  Gap Inc | | None | | | Sold (part) | 12/15/15 | J | | |
| 143.  Garland TEX | | None | J | T | Buy | 06/10/15 | J | | |
| 144.  Gartner IT | A | Dividend | J | T | Buy (add'l) | 07/28/15 | J | | |
| 145.  General Electric GE | A | Dividend | J | T | Buy (add'l) | 07/28/15 | J | | |
| 146.  General Mills GIS | | None | | | Sold | 01/16/15 | J | A | |
| 147.  GOOG Alphabet Inc Class A Formerly Google Inc | | None | J | T | | | | | |
| 148.  GOOGL Alphabet Inc Class C Formerly Google Inc | | None | J | T | | | | | |
| 149.  Goldman Sachs | A | Dividend | J | T | Buy | 07/30/15 | J | | |
| 150.  Home Depot HD | A | Dividend | J | T | Sold (part) | 09/23/15 | J | A | |
| 151. | | None | | | Buy (add'l) | 07/28/15 | J | | |
| 152.  Honeywell Int. HON | A | Dividend | J | T | | | | | |
| 153.  Intel INTC | A | Dividend | J | T | Buy (add'l) | 07/28/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zagel, James B. | 11/01/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Int Paper IP | A | Dividend | J | T | | | | | |
| 155. IBM IBM | A | Dividend | J | T | | | | | |
| 156. Johnson Controls JCl (Y) | | | | | | | | | |
| 157. Johnson & Johnson JNJ | A | Dividend | J | T | Buy | 08/04/15 | J | | |
| 158. JP Morgan Chase JPM | A | Dividend | J | T | Buy (add'l) | 03/24/15 | J | | |
| 159. | | None | | | Buy (add'l) | 07/28/15 | J | | |
| 160. Kimberly Clark KMB (Y) | | | | | | | | | |
| 161. Kinder Morgan KMP (Y) | | | | | | | | | |
| 162. Kroger KR | A | Dividend | J | T | Buy | 08/26/15 | J | | |
| 163. Lockheed Martin Corp | A | Dividend | J | T | Buy | 07/28/15 | J | | |
| 164. Lorillard LO (Y) | | | | | | | | | |
| 165. Marathon Oil MRO | A | Dividend | J | T | | | | | |
| 166. Marathon Petro MPC | A | Dividend | J | T | | | | | |
| 167. Mastercard MA | A | Dividend | J | T | Buy (add'l) | 07/28/15 | J | | |
| 168. McDonalds MCD | A | Dividend | J | T | | | | | |
| 169. Mead West Vaco MWV (Y) | | | | | | | | | |
| 170. Merck MRK | A | Dividend | J | T | Buy (add'l) | 07/28/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | None | | | Sold (part) | 12/15/15 | J | | |
| 172. Metlife MET | A | Dividend | J | T | | | | | |
| 173. Microsoft MSFT | A | Dividend | J | T | Buy (add'l) | 07/28/15 | J | | |
| 174. Mondelez Intl MDLZ | A | Dividend | J | T | | | | | |
| 175. Morgan Stanley MS | A | Dividend | J | T | Buy | 07/28/15 | J | | |
| 176. Morgan Stanley MS | | None | | | Sold (part) | 12/15/15 | J | | |
| 177. Motorola Solutions MSI | A | Dividend | J | T | | | | | |
| 178. Nestle Spon NSRGY | A | Dividend | J | T | Buy | 07/28/15 | J | | |
| 179. | | None | | | Buy | 08/20/15 | J | | |
| 180. New Mont Mining NEM (Y) | | | | | | | | | |
| 181. Nextera Energy NEE | A | Dividend | J | T | | | | | |
| 182. Nike NKE | A | Dividend | K | T | Buy (add'l) | 03/24/15 | J | | |
| 183. | | None | | | Buy (add'l) | 07/28/15 | J | | |
| 184. | | None | | | Buy (add'l) | 08/03/15 | J | | |
| 185. Northeast Utilities NU (Y) | | | | | | | | | |
| 186. Northrop NOC | A | Dividend | J | T | Buy (add'l) | 07/28/15 | J | | |
| 187. Occidental Petro OXY | A | Dividend | J | T | Buy (add'l) | 12/04/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Zagel, James B. | 11/01/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Oracle ORCL | A | Dividend | J | T | Sold (part) | 12/15/15 | J | | |
| 189. | | None | | | Buy (add'l) | 07/28/15 | J | | |
| 190. O'Reilly Automotive ORLY | A | Dividend | J | T | Buy | 07/28/15 | J | | |
| 191. Pfizer PFE | A | Dividend | J | T | Buy (add'l) | 07/28/15 | J | | |
| 192. Pfizer PFE | | None | | | Sold (part) | 12/15/15 | J | | |
| 193. Phillip Morris PM | A | Dividend | J | T | | | | | |
| 194. Phillips 66 PSX | | None | | | Sold | 05/27/15 | J | A | |
| 195. Praxair PX | A | Dividend | J | T | | | | | |
| 196. Priceline.com PCLN | | None | J | T | Buy | 07/28/15 | J | | |
| 197. Proctor & Gamble PG | A | Dividend | J | T | Buy (add'l) | 07/28/15 | J | | |
| 198. Prudential PRU | A | Dividend | J | T | | | | | |
| 199. Public Serv Enterprise PEG | A | Dividend | J | T | | | | | |
| 200. Qualcomm QCOM | A | Dividend | J | T | Sold (part) | 12/15/15 | J | | |
| 201. Quest Diagnostics DGX | A | Dividend | J | T | Buy | 11/02/15 | J | | |
| 202. Raytheon RTN | A | Dividend | J | T | Buy (add'l) | 07/28/15 | J | | |
| 203. Regeneron Pharm REGN | B | Dividend | J | T | Buy | 07/28/15 | J | | |
| 204. Regeneron Pharm REGN | | None | | | Buy | 07/29/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zagel, James B. | 11/01/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  Reynolds American INC RAI | A | Dividend | J | T | Buy | 09/03/15 | J | | |
| 206.  Schlumberger SLB | A | Dividend | J | T | | | | | |
| 207.  Sempra Energy SRE | | None | | | Sold | 10/22/15 | J | | |
| 208.  Starbucks SBUX | A | Dividend | J | T | Buy (add'l) | 07/28/15 | J | | |
| 209. | | None | | | Buy (add'l) | 07/29/15 | J | | |
| 210.  Suntrust BKS STI | A | Dividend | J | T | Buy (add'l) | 07/28/15 | J | | |
| 211.  T Rowe Price TROW (Y) | | | | | | | | | |
| 212.  TJX Cos TJX | A | Dividend | J | T | Buy (add'l) | 03/04/15 | J | | |
| 213. | | None | | | Buy (add'l) | 07/28/15 | J | | |
| 214.  Toronto Dom Bk TD | | None | | | Sold | 01/20/15 | J | A | |
| 215.  Total SA TOT | A | Dividend | J | T | | | | | |
| 216.  Travelers Comp. TRV | A | Dividend | J | T | Buy (add'l) | 07/28/15 | J | | |
| 217.  Tyco INTL TYC | A | Dividend | J | T | Buy | 08/24/15 | J | | |
| 218.  US Bancorp USB | A | Dividend | J | T | | | | | |
| 219.  Unilever UN | A | Dividend | J | T | | | | | |
| 220.  Union Pacific Corp UNP (X) | A | Dividend | J | T | | | | | |
| 221.  United Health GP Inc | A | Dividend | J | T | Buy | 01/21/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zagel, James B. | 11/01/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. United Parcel UPS | A | Dividend | J | T | | | | | |
| 223. United Techno UTX | A | Dividend | J | T | | | | | |
| 224. Varian Medical VAR (Y) | | | | | | | | | |
| 225. VF Corp VFC | | None | | | Sold | 06/24/15 | J | A | |
| 226. Verizon Comm VZ | A | Dividend | J | T | Sold (part) | 12/15/15 | J | | |
| 227. | | None | | | Buy | 07/28/15 | J | | |
| 228. Visa V | A | Dividend | K | T | Buy (add'l) | 03/24/15 | J | | |
| 229. | | None | | | Buy (add'l) | 07/28/15 | J | | |
| 230. | | None | | | Buy (add'l) | 07/29/15 | J | | |
| 231. | | None | | | Sold (part) | 02/18/15 | J | A | |
| 232. WW Grainger GWW | | None | | | Sold | 08/18/15 | J | | |
| 233. WalMart WMT | | None | | | Sold | 04/21/15 | J | | |
| 234. Weyerhauser WY | A | Dividend | J | T | | | | | |
| 235. Wells Fargo WFC | A | Dividend | J | T | Buy (add'l) | 07/28/15 | J | | |
| 236. | | None | | | Sold (part) | 12/15/15 | J | | |
| 237. Ishares Russel GRW | A | Dividend | K | T | Buy | 12/15/15 | K | | |
| 238. Ishares Russel Value | A | Dividend | K | T | Buy | 12/15/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Georgia St Gen Obligation | A | Interest | J | T | | | | | |
| 240. Gilbert AZ Gen Obligation | A | Interest | | | Sold | 05/13/15 | J | | |
| 241. St. Lucie FL County Revenue | A | Interest | J | T | | | | | |
| 242. JEA WTR & SWR Revenue | A | Interest | J | T | | | | | |
| 243. Mich ST Trunk Line (Y) | | | | | | | | | |
| 244. Pasco Co FLA Revenue | A | Interest | J | T | | | | | |
| 245. Snohomish Co Sch Dist | A | Interest | J | T | | | | | |
| 246. Kansas City Mo WTR (X) | A | Interest | J | T | | | | | |
| 247. Sedgwick Cnty | A | Interest | J | T | Buy | 10/30/15 | J | | |
| 248. Massachusetts ST | A | Interest | J | T | | | | | |
| 249. Garland TX | A | Interest | J | T | Buy | 06/10/15 | J | | |
| 250. Anchorage Alaska Gen Obl | A | Interest | | | Sold | 09/15/15 | J | A | |
| 251. Colombus, OH Gen Oblig (Y) | | | | | | | | | |
| 252. Huron SD School Dist | A | Interest | J | T | | | | | |
| 253. Inveso Premier TX Exempt | A | Dividend | J | T | | | | | |
| 254. | | | | | | | | | |
| 255. Morgan Stanley Asset 3 (H) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. 3M Company MMM | A | Dividend | J | T | | | | | |
| 257. Abbott Labs ABT | A | Dividend | J | T | | | | | |
| 258. Abbvie Inc ABBV | A | Dividend | J | T | | | | | |
| 259. Ace LTD ACE | | None | | | Sold | 12/08/15 | J | A | |
| 260. Alphabet Inc GOOG Formerly Google Inc Class A | A | Dividend | J | T | | | | | |
| 261. Alphabet Inc GOOGL Formerly Google Inc Class C | A | Dividend | J | T | | | | | |
| 262. America Exp AXP | A | Dividend | J | T | | | | | |
| 263. American Intl GP AIG | A | Dividend | J | T | Buy | 08/25/15 | J | | |
| 264. American Tower REIT AMT | | None | | | Sold | 03/18/15 | J | A | |
| 265. Anthem Inc ANTM | A | Dividend | J | T | Buy | 08/25/15 | J | | |
| 266. Apple APPL | A | Dividend | J | T | | | | | |
| 267. AT&T (Y) | | | | | | | | | |
| 268. Berkshire Hathaway BRK'B | | None | J | T | | | | | |
| 269. BHP Billiton BHP | | None | | | Sold | 12/15/15 | J | | |
| 270. Chevron CVX | A | Dividend | J | T | | | | | |
| 271. Citigroup C | A | Dividend | J | T | | | | | |
| 272. CME Group CME (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zagel, James B. | 11/01/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Cms Group CMS | A | Dividend | J | T | Buy | 08/25/15 | J | | |
| 274. Coach COH | | None | | | Sold | 12/15/15 | J | | |
| 275. Coca Cola KO | A | Dividend | J | T | | | | | |
| 276. Comcast CMCSK | A | Dividend | J | T | | | | | |
| 277. Conoco COP | A | Dividend | J | T | | | | | |
| 278. Core Laboratories CLB (X) | A | Dividend | J | T | Sold (part) | 12/15/15 | J | | |
| 279. Cummins Inc. CMI | | None | | | Sold | 12/04/15 | J | | |
| 280. Deere DE (Y) | | | | | | | | | |
| 281. Diageo PLC DEO | A | Dividend | J | T | | | | | |
| 282. Dollar General DG | A | Dividend | J | T | Buy | 06/24/15 | J | | |
| 283. Dominion RE D | A | Dividend | J | T | | | | | |
| 284. Don DON (Y) | | | | | | | | | |
| 285. Dow Chemical DOW | A | Dividend | J | T | | | | | |
| 286. DuPont DD | A | Dividend | J | T | | | | | |
| 287. Duke Energy DUK | | None | | | Sold | 06/28/15 | J | A | |
| 288. EMC Corp EMC | | None | | | Sold | 09/15/15 | J | A | |
| 289. Enbridge ENB (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zagel, James B. | 11/01/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. Exelon EXC | A | Dividend | J | T | Buy | 11/09/15 | J | | |
| 291. Express Scrips ESRX | | None | J | T | | | | | |
| 292. Eversource Energy ES (X) | A | Dividend | J | T | | | | | |
| 293. Exxon Mobil XOM | A | Dividend | J | T | Buy (add'l) | 07/28/15 | J | | |
| 294. | | None | | | Sold (part) | 12/15/15 | J | | |
| 295. Fifth Third Bk FITB | A | Dividend | J | T | | | | | |
| 296. General Elec GE | A | Dividend | J | T | | | | | |
| 297. General Mills GIS | | None | | | Sold | 01/16/15 | J | A | |
| 298. Gilead Science GILD (Y) | | | | | | | | | |
| 299. Goldman Sachs GRP (X) | A | Dividend | J | T | | | | | |
| 300. Home Depot HD | A | Dividend | J | T | | | | | |
| 301. Honeywell HON | A | Dividend | J | T | | | | | |
| 302. Intel INTC | A | Dividend | J | T | | | | | |
| 303. Johnson & Johnson JNJ | A | Dividend | J | T | | | | | |
| 304. IBM IBM | | None | | | Sold | 12/15/15 | J | | |
| 305. International Paper IP | | None | | | Sold | 12/15/15 | J | | |
| 306. Johnson Controls JCI | | None | | | Sold | 02/12/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zagel, James B. | 11/01/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. JP Morgan Chase JPM | A | Dividend | J | T | | | | | |
| 308. Kimberly Clark KMB (Y) | | | | | | | | | |
| 309. Kinder Morgan KML (Y) | | | | | | | | | |
| 310. Kraft Heinz CO | A | Dividend | J | T | Buy | 09/15/15 | J | | |
| 311. Kroger KR | A | Dividend | J | T | Buy | 08/25/15 | J | | |
| 312. LKQ Corporation (X) | A | Dividend | J | T | | | | | |
| 313. Lockheed Martin Corp | A | Dividend | J | T | Buy | 02/12/15 | J | | |
| 314. Lorillard LO (Y) | | | | | | | | | |
| 315. M&T Bank MTB | A | Dividend | J | T | | | | | |
| 316. Marathon Oil MRO | | None | | | Sold | 12/15/15 | J | | |
| 317. Marathon Petro MPC | A | Dividend | J | T | | | | | |
| 318. MCDonalds MCD | A | Dividend | J | T | | | | | |
| 319. Mead Johnson MJN | A | Dividend | J | T | Sold (part) | 12/15/15 | J | | |
| 320. Merck MRK | A | Dividend | J | T | | | | | |
| 321. MetLife MET | A | Dividend | J | T | | | | | |
| 322. Microsoft MSFT | A | Dividend | J | T | | | | | |
| 323. Mondelez Intl MDLZ | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. Monster Beverage MNST | | None | | | Sold | 01/30/15 | J | A | |
| 325. Morgan Stanley MS (X) | A | Dividend | J | T | | | | | |
| 326. Motorola Solutions MSI | A | Dividend | J | T | | | | | |
| 327. National Oil Well Varco NOV | | None | | | Sold | 12/15/15 | J | | |
| 328. Newmont Mines NEM (Y) | | | | | | | | | |
| 329. Nextera Energy NEE | A | Dividend | J | T | | | | | |
| 330. Northeast Utilities NU (Y) | | | | | | | | | |
| 331. Northrup Grumman NOC | A | Dividend | J | T | | | | | |
| 332. Occidental Petro OXY | | None | | | Sold | 12/15/15 | J | | |
| 333. Oracle Corporation ORCL | A | Dividend | J | T | Buy | 08/31/15 | J | | |
| 334. Paypall Holdings | | None | J | T | Buy | 09/15/15 | J | | |
| 335. Perrigo Co. PRGO | | None | J | T | Buy (add'l) | 12/15/15 | J | | |
| 336. Pfizer PFE | A | Dividend | J | T | | | | | |
| 337. Phillip Morris PM | A | Dividend | J | T | | | | | |
| 338. Phillips 66 PSX | | None | | | Sold | 05/27/15 | J | A | |
| 339. Praxair PX | A | Dividend | J | T | | | | | |
| 340. Priceline PCLN | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. Proctor & Gamble PG | A | Dividend | J | T | | | | | |
| 342. Prudential PRU | A | Dividend | J | T | | | | | |
| 343. Public Service Ent. PEG | A | Dividend | J | T | | | | | |
| 344. Qualcomm QCOM | | None | | | Sold | 12/15/15 | J | | |
| 345. Quest Diagnostics DGX | A | Dividend | J | T | Buy | 11/12/15 | J | | |
| 346. Raytheon RTN | A | Dividend | J | T | | | | | |
| 347. Reynolds RAI | A | Dividend | J | T | Buy | 09/03/15 | J | | |
| 348. Schlumberger SLB | | None | | | Sold | 12/15/15 | J | | |
| 349. Sempra Energy SRE | | None | | | Sold | 10/27/15 | J | A | |
| 350. Stericycle SRCL | A | Dividend | J | T | Sold (part) | 02/13/15 | J | | |
| 351. Suntrust Banks | A | Dividend | J | T | | | | | |
| 352. Toronto Dom Bk TD | | None | | | Sold | 01/20/15 | J | A | |
| 353. Total SA TOT | A | Dividend | J | T | | | | | |
| 354. Travelers Companies TRV (X) | A | Dividend | J | T | | | | | |
| 355. Tyco INTL TYC (X) | A | Dividend | J | T | | | | | |
| 356. US Bancorp USB | A | Dividend | J | T | | | | | |
| 357. Unilever UN | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 358. Union Pacific UNP (X) | A | Dividend | J | T | | | | | |
| 359. United Health UNH (X) | A | Dividend | J | T | | | | | |
| 360. United Parcel UPS | A | Dividend | J | T | | | | | |
| 361. United Tech UTX | A | Dividend | J | T | | | | | |
| 362. VF Corp VFC | | None | | | Sold | 06/24/15 | J | A | |
| 363. Varian Medical VAR | | None | J | T | Sold (part) | 11/03/15 | J | A | |
| 364. Verisk Analytics VRSK | | None | J | T | | | | | |
| 365. Verizon VZ | | None | | | Sold | 12/15/15 | J | | |
| 366. Visa V | A | Dividend | J | T | | | | | |
| 367. Wal Mart Stores WMT | | None | | | Sold | 04/21/15 | J | A | |
| 368. Wells Fargo WFC | A | Dividend | J | T | | | | | |
| 369. WeyerHaeuser WY | A | Dividend | J | T | | | | | |
| 370. Ishares Russel Value IWD | A | Dividend | J | T | Buy | 12/15/15 | J | | |
| 371. Ishares Russel GRW IWF | A | Dividend | J | T | Buy | 12/15/15 | J | | |
| 372. i Shares Morningstar JKL | A | Interest | J | T | | | | | |
| 373. JEA FLA (X) | A | Interest | J | T | | | | | |
| 374. Missouri ST (X) | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. Katy Tex (X) | A | Interest | J | T | | | | | |
| 376. Vanguard Sm Cap VBK | A | Dividend | J | T | | | | | |
| 377. Minn St Genl Oblig | A | Interest | | | Sold | 01/30/15 | J | A | |
| 378. NJ Transn TR Fd Auth Rev (Y) | | | | | | | | | |
| 379. San Antonio Tx Gen Oblig | A | Interest | J | T | | | | | |
| 380. Sea Fla Wtr and Sun Rev (Y) | | | | | | | | | |
| 381. Ohio Wtr Dev Auth Rev | A | Interest | J | T | | | | | |
| 382. Texas St Hwy Fd Rev | A | Interest | J | T | | | | | |
| 383. Minn St 911 Rev | A | Interest | J | T | | | | | |
| 384. Snohomish WA Sch Dist Oblig | A | Interest | J | T | | | | | |
| 385. Virginia College Building Auth | A | Interest | J | T | | | | | |
| 386. Conn St Genl Oblig Ser E | A | Interest | J | T | | | | | |
| 387. Invesco Prem Tx Exempt | | None | J | T | | | | | |
| 388. Virtus Foreign Opport JUXIX | | None | J | T | | | | | |
| 389. | | | | | | | | | |
| 390. Morgan Stanley/Smith Barney - Asset NO. 4 CASH ACCOUNT (H) | | None | J | T | | | | | |
| 391. Celgene (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. Core Labs (CLB) (Y) | | | | | | | | | |
| 393. Kroger (Y) | | | | | | | | | |
| 394. Celgene (CELG) (Y) | | | | | | | | | |
| 395. O'Reilly (Y) | | | | | | | | | |
| 396. Regeneron (REGN) (Y) | | | | | | | | | |
| 397. Tortoise Energy | A | Dividend | J | T | | | | | |
| 398. Finish Line Inc. FINL | | None | | | Sold | 04/24/15 | J | | |
| 399. Nestle (Y) | | | | | | | | | |
| 400. NXP Semiconductor | | None | K | T | | | | | |
| 401. Amazon AMZN | | None | K | T | Buy | 03/09/15 | K | | |
| 402. Ebay (Y) | | | | | | | | | |
| 403. Mobileye MBLY | | None | J | T | Buy | 06/11/15 | J | | |
| 404. Michael Kors Holding LTD | | None | J | T | Buy | 03/09/15 | J | | |
| 405. | | | | | | | | | |
| 406. | | | | | | | | | |
| 407. | | | | | | | | | |
| 408. | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zagel, James B. | 11/01/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. | | | | | | | | | |
| 410. | | | | | | | | | |
| 411. | | | | | | | | | |
| 412. | | | | | | | | | |
| 413. | | | | | | | | | |
| 414. | | | | | | | | | |
| 415. | | | | | | | | | |
| 416. | | | | | | | | | |
| 417. | | | | | | | | | |
| 418. | | | | | | | | | |
| 419. | | | | | | | | | |
| 420. | | | | | | | | | |
| 421. | | | | | | | | | |
| 422. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I participate in the Federal Thrift Savings Plan, but it is my understanding that this asset need not be listed.

All individual assets held in brokerage accounts are individually disclosed in report.

The repetitive listing of certain investments is because some are in [ ] name. On occasion, an interest in a company may be sold from one of the accounts and retained in another account which allows us to easily reduce an investment while retaining a part of that investment and each of us has multiple accounts. I have not designated which are [ ] assets, but I list them separately because they are individual holdings which might be sold separately at a future time.

There is a high possibility that I list some small number of low value assets that I no longer own (as some of my prior notes explain). My practice is not to delist assets until I have documentation that I no longer own it; it is better to be over-inclusive.

After 7/31/12, [ ] ceased to receive partnership income from Grant Thornton. After she ceased to be partner, she continued some consulting work as an independent contractor (III, B.1). As a partner of Grant Thornton, my spouse served as a director of Fairfax Ltd., an insurer domiciled on the Isle of Guernsey. Grant Thornton reimbursed her expenses. After she ceased partnership, she retained her position as a director of Fairfax Ltd. In this capacity, she received director fees from Fiarfax, which also reimbursed her travel and lodging expenses for attendance at the twice yearly meetings in the Isle of Guernsey (III B and IV).

Line 43 is a half interest in FIP Properties which was acquired by [ ] on 5/1/08 from her [ ] as a rental property for the price of $186,000.

Part VII

The list of securities and investments always includes the name of the account in which the assets are held. The name is included because the account includes cash in addition to securtiies. The individual securities and investments are listed separately.

# FINANCIAL DISCLOSURE REPORT

Page 30 of 30

Name of Person Reporting

Zagel, James B.

Date of Report

11/01/2016

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **James B. Zagel**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544